# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

TERRY FABRICANT, on behalf of himself and others similarly situated,

    Plaintiff,

v.

DEBT CONSULTANTS GROUP INC. and GEOFFREY BATISYAN,

    Defendant.

No. 9:22-cv-80238-JIC

**CLASS ACTION**

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Terry Fabricant hereby provides notice of the voluntary dismissal without prejudice of this action. Each party shall bear its own fees and costs.

Respectfully Submitted,

Dated: October 6, 2022

/s/ *Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative class*