UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80238-CIV-COHN/MATTHEWMAN

TERRY FABRICANT, on behalf
of himself and others similarly
situated,

    Plaintiff,

v.

DEBT CONSULTANTS GROUP INC.
and GEOFFREY BATISYAN,

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal [DE 20] ("Notice"). The Court has reviewed the Notice and the record in this case, and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of October, 2022.

*James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF